IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| FABIAN WOODS, JR, : | |
| : | |
| Petitioner, : | |
| VS. : | NO. 4:24-CV-00008-CDL-MSH |
| : | |
| Warden SCOTT WIZA, : | |
| : | |
| Respondent. : | |
| _____ : | |

## ORDER

Presently pending before the Court are a motion to transfer the above-captioned action back to Columbus (ECF No. 6) and an amended petition for writ of habeas corpus (ECF No. 7) filed by Petitioner Fabian Woods, Jr., an inmate currently confined in the Rutledge State Prison in Columbus, Georgia. The Court transferred this action to the Northern District of Georgia on January 17, 2024 (ECF No. 4), and the case was closed in this district on the same date. Because this action is no longer pending in this Court, the Court will not consider Petitioner's most recent filings, and Petitioner's motion to transfer (ECF No. 6) is **DENIED as moot.** All future documents related to Petitioner's federal habeas corpus petition challenging his 2022 Clayton County conviction for aggravated assault should be filed in the Northern District of Georgia.

The Clerk is **DIRECTED** to mail a copy of Petitioner's motion (ECF No. 6) and the Amended Petition (ECF No. 7) to the Northern District of Georgia, Atlanta Division, where Petitioner's petition challenging his 2022 Clayton County conviction is currently pending. If Petitioner files any additional motions in the above-captioned case in this

Court moving forward, the Clerk is **DIRECTED** to docket them as notices, and the Court will take no further action on those filings.

 **SO ORDERED**, this **6th** day of **February, 2024**.

         S/Clay D. Land
         CLAY D. LAND
         U.S. DISTRICT COURT JUDGE
         MIDDLE DISTRICT OF GEORGIA